BURKE, WILLIAMS & SORENSEN, LLP
Daniel W. Maguire (SBN 120002)
E-mail: dmaguire@bwslaw.com
Michael B. Bernacchi (SBN 163657)
E-mail: mbernacchi@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600
Fax: 213.236.2700

Attorneys for Defendant
Unum Life Insurance Company of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| KELLY FICK,<br><br>    Plaintiff,<br><br>v.<br><br>UNUM Life Insurance Company of America, a corporation; CAVALE-TAYLOR & CO., a business entity form unknown; MICHAEL STEVEN CAVALE, an individual; SP ADMINISTRATOR LLC, a business entity form unknown; SHELLY HEFFNER, an individual; and CALFARM INS. CO., a business entity form unknown, and DOES 1 through 30 inclusive,<br><br>    Defendants. | Case No. 2:12-CV-01851-MCE-CKD<br><br>**STIPULATION AND ORDER FOR EXTENSION TO FILE JOINT STATUS REPORT** |

Plaintiff Kelly Fick ("Plaintiff"), Defendant Unum Life Insurance Company of America ("Unum"), Defendant Cavale-Taylor & Co. ("Cavale-Taylor"), Defendant Michael Steven Cavale ("Cavale"), Defendant SP Administrator LLC ("SP"), Defendant Shelly Heffner ("Heffner"), and Defendant Crestbrook Insurance Company (formerly known as Calfarm Insurance Company) ("Crestbrook") (collectively, "The Parties") hereby jointly stipulate for an extension of thirty (30)

days in which file their Joint Rule 26(f) Status Report pursuant to the Court's Order Requiring Joint Status Report.

WHEREAS, on July 13, 2012, the Court ordered the Parties to file a Joint Status Report on September 10, 2012 (60 days from the date of removal of this action, July 12, 2012)

WHEREAS, Unum is the only party to file an answer to the complaint to date. The pleading status of the other parties is as follows: (1) on July 19, 2012, Crestbrook filed its motion to dismiss, currently set to be heard on October 4, 2012; (2) on August 10, 2012, Plaintiff filed her motion to remand this action to the state court, currently set to be heard on September 20, 2012; (3) on August 15, 2012, SP and Heffner filed their motion to dismiss, currently set to be heard on October 4, 2012; and (4) Cavale-Taylor and Cavale have not appeared.

WHEREAS, the Parties have commenced the meet and confer process in order to file the Joint Status Report, however, due to the three pending motions, it is difficult to agree on the specifics as required by the Court. Therefore, the Parties have stipulated for a 30-day extension to file the Joint Status Report until after the motions have been heard and ruled upon by the Court, to October 10, 2012.

IT IS SO STIPULATED.

Dated: September 10, 2012         SIMPSON-MOORE, LLP
                                  Sean Simpson
                                  Charles Moore

                                  By: */s/ Charles Moore*
                                      *[As approved on September 10, 2012]*
                                      Charles Moore
                                  Attorneys for Plaintiff Kelly Fick

| | | |
|---|---|---|
| 1 | Dated: September 10, 2012 | Burke, Williams & Sorensen, LLP<br>Daniel W. Maguire<br>Michael B. Bernacchi |
| | | By: */s/ Michael B. Bernacchi*<br>     Michael B. Bernacchi<br>Attorneys for Defendant Unum Life<br>Insurance Company of America |
| | Dated: September 10, 2012 | SEEGAR SALVAS LLP<br>Kenneth M. Seeger<br>Adam R. Salvas |
| | | By: */s/ Adam R. Salvas*<br>     *[As approved on September 10, 2012]*<br>     Adam R. Salvas<br>Attorneys for Defendants SP Administrator<br>LLC and Shelly Heffner |
| | Dated: September 10, 2012 | HINES CARDER<br>Marc S. Hines<br>Michelle L. Carder<br>Christine M. Emanuelson<br>Caroline E. Siefert Sabo |
| | | By: */s/ Caroline E. Siefert Sabo*<br>     *[As approved on September 10, 2012]*<br>     Caroline E. Siefert Sabo<br>Attorneys for Defendant Crestbrook<br>Insurance Company (formerly known as<br>Calfarm Insurance Company) |
| | Dated: September 10, 2012 | KLINEDINST<br>Natalie P. Vance<br>Michael L. Martucci<br>Gregory T. Fayard |
| | | By: */s/ Michael L. Martucci*<br>     *[As approved on September 10, 2012]*<br>     Michael L. Martucci<br>Attorneys for Defendants Michael S.<br>Cavale and Cavale-Taylor & Co. |

## **ORDER**

Upon consideration of the Parties' stipulation, and good cause shown, IT IS HEREBY ORDERED that the deadline to file the Joint Status Report is extended for 30 days to and including October 10, 2012.

IT IS SO ORDERED.

Dated: September 20, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE